AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 2:93cr90 |
| Errol Winter | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Errol Winter

Date: 05/02/2016

*Attorney's signature*

Jennifer T. Stanton, Esq.
*Printed name and bar number*
J T STANTON PC
555 East Main Street #801
Norfolk, VA 23510

*Address*

stantonlaw500@gmail.com
*E-mail address*

(757) 622-3628
*Telephone number*

(757) 622-3630
*FAX number*