# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

# NORFOLK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No. 2:93cr90 |
| | ) |
| **v.** | ) |
| | ) |
| **ERROL WINTER,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE

This notice is to inform the Court that Randy Stoker, Assistant United States Attorney for the Eastern District of Virginia, will be acting as counsel on all matters in reference to the above-styled case.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:   /s/
Randy Stoker
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Randy.Stoker@usdoj.gov

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 10th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, notification of such filing (NEF) as follows:

Michelle S. Gallimore
Law Office of Michelle S. Gallimore
225 Broadway, Suite 1804
New York, NY 10007
 (347) 583-6818
Fax: (347) 521-1965
Email: mgallimoreesq@gmail.com

    /s/
Randy Stoker
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Randy.Stoker@usdoj.gov