IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:93cr90 |
| v. | ) | |
| | ) | |
| ERROL WINTER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please be advised that Alan M. Salsbury, Assistant United States Attorney, will act as counsel for the Government on all matters in reference to the above-styled case.

                                      G. Zachary Terwilliger
                                      United States Attorney

                                      By:        /s/
                                            Alan M. Salsbury
                                            Assistant United States Attorney
                                            101 West Main Street, Suite 8000
                                            Norfolk, Virginia 23510
                                            Tel. - 757-441-6331
                                            Fax - 757-441-6689
                                            Email - alan.salsbury@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of April 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record who are users of the CM/ECF system.

                                            /s/
                                Alan M. Salsbury
                                Assistant United States Attorney