IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                             Criminal No. 2:93-cr-00090

ERROL WINTER,

     Defendant.

_____/

## NOTICE OF APPEARANCE

Please take notice that Ashley P. Peterson, a member of the bar of this Court and an attorney with the firm of McGuireWoods LLP, enters an appearance as counsel for Defendant Errol Winter in the above-captioned matter.

Dated: February 6, 2023                        Respectfully submitted,

                                                                */s/ Ashley P. Peterson*
                                                                  Ashley P. Peterson (VSB No. 87904)
                                                                  McGuireWoods LLP
                                                                  Gateway Plaza
                                                                   800 East Canal Street
                                                                   Richmond, Virginia  23219-3916
                                                                   Telephone: (804) 775-1190
                                                                   Facsimile:  (804) 698-2091
                                                                   E-mail: apeterson@mcguirewoods.com

                                                                   *Counsel for Defendant Errol Winter*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of February, 2023, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

*/s/ Ashley P. Peterson*
Ashley P. Peterson

*Counsel for Defendant Errol Winter*